# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GEISMAR,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 3:17-cv-02703-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE |

IT IS HEREBY ORDERED, pursuant to the Stipulation of Plaintiff Elizabeth Geismar and Defendant Ocwen Loan Servicing, LLC (collectively "the Parties"), that:

1. The above-captioned action is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The Parties are to bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 18, 2018

*Jacqueline Scott Corley*

Hon. Jacqueline Scott Corley